**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, California  90017
Telephone: (213) 894-3326
Facsimile: (213) 894-0276
E-mail: jennifer.l.braun@usdoj.gov
       kate.bunker@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**C2K GROUP, LLC,**<br><br>                  Debtor. | Case No. 1:13-bk-17493-MT<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES**<br><br>Date:  July 23, 2015<br>Time: 9:30 am<br>Ctrm: 302 |

On June 11, 2015, the U.S. Trustee's filed a Motion to Convert or Dismiss Case Pursuant to 11 U.S.C. § 1112(b) based on the Debtor's failure to file its monthly operating and pay quarterly fees (the "Motion").  Subsequent to filing the Motion, the Debtor filed its missing monthly operating reports and paid its outstanding quarterly fees, resolving the compliance issues.  Accordingly, notice is hereby given that the Motion is withdrawn.

Date: July 22, 2015                                       UNITED STATES TRUSTEE

                                                          By:  */s/ Katherine C. Bunker*
                                                              Katherine C. Bunker
                                                              Attorney for the U.S. Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 22, 2015** | Veronica M. Hernandez | */s/ Veronica M. Hernandez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE LIST CONTINUATION**

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| Katherine Bunker    kate.bunker@usdoj.gov | C2K Group, LLC |
| Leslie M Klott    bankruptcy@zievelaw.com | 1100 Salem Rd |
| Blake J Lindemann    blindemann@llgbankruptcy.com, Blake@lawbl.com | Las Vegas, NV 89144 |
| Jennifer C Wong    bknotice@mccarthyholthus.com | Blake Lindemann |
| | Lindemann Law Group PLC |
| | 433 N Camden Dr 4th Fl |
| | Beverly Hills, CA 90210 |
| | |
| | U.S. Bankruptcy Court |
| | The Honorable Maureen Tighe |
| | 21041 Burbank Boulevard |
| | Woodland Hills, CA 91367 |